**ORDERED ACCORDINGLY.**

Dated: February 03, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22671/0171280514

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-21082-GBN |
| Bruce B. Shipp and Malinda A. Shipp | Chapter 13 |
| Debtors. | O R D E R |
| Wells Fargo Bank, N.A. | (Related to Docket #18) |
| Movant, | |
| vs. | |
| Bruce B. Shipp and Malinda A. Shipp, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

This matter having come before the Court for a Preliminary Hearing on February 1, 2010, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Mark Wesbrooks, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated July 26, 2007, and recorded in the office of the

Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Bruce B. Shipp and Malinda A. Shipp have an interest in, further described as:

That portion of the Southwest quarter of the Northeast quart of Section 27, Township 5 North, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:

Commencing at the Northeast corner of said Southwester quarter of the Northeast quarter;

THENCE South 00 degrees 00 minutes 32 seconds East along the East line of said Southwest quarter of the Northeast quarter a distance of 655.53 feet to a point;

THENCE North 89 degrees 56 minutes 48 seconds West a distance of 540.00 feet to the TRUE POINT OF BEGINNING;

THENCE continuing North 89 degrees 56 minutes 48 seconds West a distance of 285.98 feet to a point;

THENCE North 00 degrees 01 minutes 01 seconds West a distance of 325.33 feet to a point;

THENCE South 89 degrees 56 minutes 31 seconds East a distance of 286.02 feet to a point;

THENCE South 00 degrees 00 minutes 32 seconds East a distance of 325.31 feet to the TRUE POINT OF BEGINNING.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

_____
UNITED STATES BANKRUPTCY JUDGE